**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| HAKEEM SHAHEED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIVIL NO. 07-cv-679-MJR |
| | ) | |
| MICHAEL K. NALLEY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Plaintiff, formerly an inmate in the United States Penitentiary in Marion, Illinois, brings this action for alleged violations of his constitutional rights by persons acting under the color of federal authority. *See Bivens v. Six Unknown Named Agents*, 403 U.S. 388 (1971). He sets forth six separate claims involving use of excessive force, failure to protect him from harm, retaliation for exercising his First Amendment rights to complain about treatment of Muslim inmates, interference with his right to practice his religion, violations of the Religious Land Use and Institutionalized Persons Act, and violations of this Fifth Amendment right to equal protection. At this point, the Court is unable to dismiss any portion of the complaint. *See* 28 U.S.C. § 1915(e)(2).

It appears that summons has already issued for all named defendants. Furthermore, Defendants Trovillion, Rivas, Castillo, Welch, Nalley and Mash have already filed an answer to the complaint (*see* Doc. 24). Accordingly, their motions for additional time to answer (Docs. 21, 22) are now **MOOT**.

Plaintiff is **ORDERED** to serve upon Defendants or, if appearance has been entered by

counsel, upon that attorney, a copy of every further pleading or other document submitted for consideration by this Court. He shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date that a true and correct copy of any document was mailed to defendant or his counsel. Any paper received by a district judge or magistrate judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.

All other Defendants are **ORDERED** to timely file an appropriate responsive pleading to the complaint, and shall not waive filing a reply pursuant to 42 U.S.C. § 1997e(g).

Pursuant to Local Rule 72.1(a)(2), this cause is **REFERRED** to a United States Magistrate Judge for further pre-trial proceedings.

Further, this entire matter is hereby **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

**IT IS SO ORDERED.**

**DATED this 22nd day of February, 2007.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**