IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAKEEM SHAHEED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 07-cv-679-MJR |
| ) | |
| MICHAEL K. NALLEY, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Plaintiff, a former inmate at the United States Penitentiary at Marion, Illinois, brings this *Bivens* action for alleged use of excessive force in violation of his constitutional rights. The Court has been informed by counsel for the government that defendants Randy Davis (former warden), Rau (former associate warden), and Dr. Lyle are no longer employed by the Federal Bureau of Prisons.

**IT IS ORDERED** that, for good cause shown, on or before April 25, 2008, the Federal Bureau of Prisons shall provide the U.S. Marshals Service with the last known addresses of defendants Randy Davis (former warden), Rau (former associate warden), and Dr. Lyle. The U.S. Marshals can be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.

**IT IS FURTHER ORDERED** that a written Notice of Compliance shall be filed with the Court indicating conveyance of information from the Bureau of Prisons to the Marshals Service.

**IT IS FURTHER ORDERED** that the Marshals Service shall reveal the addresses to the

1

Clerk of Court as necessary only to effect service and to conduct the usual business of the Court. Otherwise defendants' addresses will be kept in confidence by both the Marshals Service and the Clerk of Court. *The addresses shall not become part of the public file and shall not be disclosed to plaintiff or plaintiff's attorney*.

The Clerk of Court is **DIRECTED** to prepare an original summons for defendants Randy Davis (former warden), Rau (former associate warden), and Dr. Lyle.

The Clerk of Court is further **DIRECTED** to serve a copy of this order on the U.S. Marshal for the Southern District of Illinois.

The United States Marshal is **DIRECTED** to serve the summons, a copy of the complaint, and a copy of this order upon defendants Randy Davis (former warden), Rau (former associate warden), and Dr. Lyle.

**IT IS SO ORDERED.**

**DATED: March 27, 2008**

                                               *s/ Donald G. Wilkerson*
                                               **DONALD G. WILKERSON**
                                               **United States Magistrate Judge**