IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAKEEM SHAHEED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil No. 07-cv-679-MJR |
| ) | |
| MICHAEL K. NALLEY, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff, a former inmate at the United States Penitentiary at Marion, Illinois, brings this *Bivens* action for alleged use of excessive force in violation of his constitutional rights. One of the defendants--Lieutenant Sample--has yet to be served in the matter. The Court has been informed by counsel for the government that Defendant Sample is on extended leave from the Federal Bureau of Prisons. Plaintiff has filed a motion (Doc. 40) requesting that the Court enter an order directing the Federal Bureau of Prisons to provide the United States Marshal Service with the last known address of Defendant Lieutenant Sample. This motion is **GRANTE**D. Defendant Sample's address will be kept in confidence by both the Marshals Service and the Clerk of Court, and will only be used to effect service and to conduct the usual business of the Court.

**IT IS HEREBY ORDERED** that, for good cause shown, and in accord with Graham v. Satoski, 51 F.3d 710 (7th Cir. 1995), on or before June 6, 2008, the Federal Bureau of Prisons shall provide the U.S. Marshals Service with the last known addresses of Defendant Lieutenant Sample. The U.S. Marshals can be contacted at 618-482-9336 to arrange for the orderly

1

conveyance of this information.  A written Notice of Compliance shall be filed with the Court indicating conveyance of the information to the Marshal Service.

**IT IS FURTHER ORDERED** that the Marshal Service shall reveal the address to the Clerk of Court as necessary for the conduct of routine business, otherwise Defendant's address shall be retained by the Marshal Service.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve copies of this order on the United States Marsh for the Southern District of Illinois, as well as the Director of the Federal Bureau of Prisons and the Human Resources Office of the Federal Bureau of Prisons, both at 320 First Street NW, Washington, DC 20534.

**IT IS SO ORDERED.**

**DATED:  May 9, 2008**

<u>s/ *Donald G. Wilkerson*</u>
**DONALD G. WILKERSON**
**United States Magistrate Judge**