IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| HAKEEM SHAHEED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil No. 07-cv-679-MJR |
| | ) | |
| MICHAEL K. NALLEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Plaintiff, a former inmate at the United States Penitentiary at Marion, Illinois, brings this *Bivens* action for alleged use of excessive force in violation of his constitutional rights. Plaintiff now moves for an order directing the Bureau of Prisons to provide the last known addresses of defendants Rau, Sample, and Barry to the United States Marshals Service, and directing the Marshals Service to effect service upon them (Doc. 70). This motion is **GRANTED**.

Counsel for the government informed the Court that the Bureau of Prisons provided last known addresses for Defendants Rau and Sample. The Marshals Service attempted but was unable to effect service on Defendant Rau because he was out of the country for an extended period of time (Doc. 52). The Bureau of Prisons filed a "Notice of Compliance" with the Court on May 12, 2008 (Doc. 46), indicating that they had provided the Marshals Service with the last known address of Defendant Sample. To date, there is no indication in the docket that summons was issues or service attempted on Defendant Sample. Counsel for the government informed the Court that Defendant Barry is on extended leave from his position with the Bureau of Prisons.

Accordingly, **IT IS ORDERED** that, for good cause shown, on or before **February 27,**

1

**2009**, the Federal Bureau of Prisons shall provide the U.S. Marshals Service with the last known addresses of Defendant Barry. The U.S. Marshals may be contacted at 618-482-9336 to arrange for the orderly conveyance of this information.

**IT IS FURTHER ORDERED** that a written Notice of Compliance shall be filed with the Court indicating conveyance of information from the Bureau of Prisons to the Marshals Service.

**IT IS FURTHER ORDERED** that the Marshals Service shall reveal the address to the Clerk of Court as necessary only to effect service and to conduct the usual business of the Court. Otherwise defendant's addresses will be kept in confidence by both the Marshals Service and the Clerk of Court. *The addresses shall not become part of the public file and shall not be disclosed to plaintiff or plaintiff's attorney*.

The Clerk of Court is **DIRECTED** to prepare original summonses for Defendants Sample and Barry and to prepare a second summons for Defendant Rau.

The Clerk of Court is further **DIRECTED** to serve a copy of this order on the U.S. Marshal for the Southern District of Illinois.

The United States Marshal is **DIRECTED** to serve the summonses, copies of the complaint, and a copy of this order upon Defendants Sample and Barry, and to attempt to serve again the summons, a copy of the complaint, and a copy of this order on Defendant Rau.

**IT IS SO ORDERED.**

**DATED: February 2, 2009**

> s/ *Donald G. Wilkerson*
> **DONALD G. WILKERSON**
> **United States Magistrate Judge**