# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HAKEEM SHAHEED, ) </br> ) </br> Plaintiff, ) </br> ) </br> v. ) </br> ) </br> MICHAEL K. NALLEY, RANDY DAVIS, ) </br> ASSOCIATE WARDEN RAU, LIEUTENANT ) </br> SAMPLE, LIEUTENANT BARRY, ) </br> LIEUTENANT MASH, CAPTAIN GOMEZ, ) </br> DR. LYLE, OFFICER HUCKLEBERRY, ) </br> OFFICER THOMAS, P. TROVILLION, ) </br> JOHN DOES, MR. RIVAS, MR. SHAWDOEN, ) </br> PHYSICIAN ASST. CASTILLO, ) </br> PHYSICIAN ASST. WELCH, and the ) </br> UNITED STATES OF AMERICA, ) </br> ) </br> Defendants. ) | Case No. 07-CV-0679-MJR |

## ORDER

**REAGAN, District Judge:**

On September 26, 2007, Plaintiff Hakeem Shaheed filed a six-count complaint against the Defendants, including Michael Nally, alleging violations of his civil rights while imprisoned at the United States Penitentiary in Marion, Illinois (Doc. 23). On June 2, 2009, Plaintiff filed a "stipulation to voluntarily dismiss" the action with respect to Defendant Nalley (Doc. 98), which the Court construes as a motion for voluntary dismissal pursuant to Rule 41(a)(2) (Doc. 99). The Court then set a deadline requiring any party wishing to object to the motion to file any such response no later than June 15, 2009. No objections were filed.

**FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2)** provides that where the defendant has answered the complaint or filed a motion for summary judgment, "an action may be dismissed

-1-

at the plaintiff's request only by court order, on terms that the court considers proper." Having fully considered the matter, the Court now **GRANTS** plaintiffs' motion to voluntarily dismiss (Doc. 98) and **DISMISSES** the action against Michael K. Nalley **without prejudice**.

Consequently, the Court also **DENIES AS MOOT** Defendant Nalley's motion for summary judgment (Doc. 93). All claims against all other Defendants remain pending.

**IT IS SO ORDERED.**

**DATED this 16th day of June 2009.**

**s/ Michael J. Reagan**
**MICHAEL J. REAGAN**
**United States District Judge**